**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERESA MEYERS,

           Plaintiff,

v.                                                                 Case No:   6:25-cv-1571-LHP

COMMISSIONER OF SOCIAL
SECURITY,

           Defendant

---

**ORDER**

Before the Court is a Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant.   Doc. No. 25. Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), such that "the Appeals Council will instruct the Administrative Law Judge to reconsider the opinion evidence; take any further action necessary to complete the administrative record; offer Plaintiff the opportunity for a hearing; and issue a new decision."   *Id.* at 2.   Plaintiff does not object.   *Id.*

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1.     The Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 25) is **GRANTED**.

2.     The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.     The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -